PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [✓] INFORMATION  [ ] INDICTMENT

**Matter Sealed:** [ ] Juvenile  [ ] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding Indictment  [ ] Defendant Added  [ ] Charges/Counts Added  [ ] Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF Northern California
San Francisco
Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Derek R. Owens
[✓] U.S. Atty  [ ] Other U.S. Agency
Phone No. (415) 436-6488

**Name of Asst. U.S. Attorney (if assigned):** Derek R. Owens

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Place of offense:** Lombard St., Presidio Trust  **County:** San Francisco

---

**CASE NO.** CR 05 00670 MAG

**USA vs.**
**Defendant:** Jang Y. Yi

**Address:**

FILED
05 OCT 26 PM 12:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[ ] Interpreter Required  **Dialect:** _____

**Birth Date** _____
[✓] Male  [ ] Female
[ ] Alien (if applicable)

**Social Security Number** _____

### DEFENDANT

**Issue:** [ ] Warrant  [ ] Summons

**Location Status:**
**Arrest Date** _____ or Date Transferred to Federal Custody _____

[ ] Currently in Federal Custody
[ ] Currently in State Custody
  [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

**Defense Counsel (if any):** _____
[ ] FPD  [ ] CJA  [ ] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|--------------------------------------------------------------------------|-------------------------------|----------|
| 3   | 36 CFR 4.12                                                              | Failure to comply with traffic control device | 1 |
|     |                                                                          |                               |          |
|     |                                                                          |                               |          |
|     |                                                                          |                               |          |

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3

FILED

05 OCT 26 PM 12: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 05 00670

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATION: 36 C.F.R. § 4.12 - Failure to comply with traffic control device (Class B misdemeanor) |
| v. | ) |
| JANG Y. YI, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

On or about August 29, 2005, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

JANG Y. YI,

was in physical control of a vehicle and did fail to operate that vehicle in compliance with the

INFORMATION

direction of a posted traffic control device, to wit: a stop sign, in violation of 36 C.F.R. § 4.12, a Class B misdemeanor.

DATED: 10/26/05

KEVIN V. RYAN
United States Attorney

W. DOUGLAS SPRAGUE
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
DEREK R. OWENS
Special Assistant United States Attorney

INFORMATION                                    -2-